**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:23-CV-22976-RAR

Plaintiff: **KATHRINE L RUTTAN**
vs.
Defendant: **NCL (BAHAMAS) LTD., A BERMUDA COMPANY, D/B/A NORWEGIAN CRUISE LINE**



For:
Robert Gardana
Robert L. Gardana P.A.
12350 Sw 132nd Court
#204
Miami, FL 33186

Received by Florida Elite Process Service, Inc. on the 8th day of August, 2023 at 5:18 pm to be served on **NCL (BAHAMAS) LTD., BY SSERVING ITS REGISTERED AGENT: FARKAS, DANIEL S. ESQ., 7300 CORPORATE CENTER DRIVE, MIAMI, FL 33126**.

I, Annette Arriera, do hereby affirm that on the **14th day of August, 2023** at **12:29 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JEFFREY ANDERSON** as **VP/ASST GENERAL COUNSEL** for **NCL (BAHAMAS) LTD., BY SSERVING ITS REGISTERED AGENT:**, at the address of: **7300 CORPORATE CENTER DRIVE, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/11/2023  10:11 am  SECURITY GUARD ADVISED THAT OFFICE IS CLOSED ON FRIDAYS. NEED TO ATTEMPT MONDAY-THURSDAY.

I certify that I am a special process server in the circuit in which the process was served and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

_Annette Arriera_
**Annette Arriera**
10071

**Florida Elite Process Service, Inc.
P.O. Box 557403
Miami, FL 33255-7403
(786) 267-8755**

Our Job Serial Number: FEP-2023000311

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2g